UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN, JR., | Case No. 1:21-cv-01477-JLT-EPG (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S OBJECTION TO THE COURT'S FEBRURAY 3, 2022 SCREENING ORDER |
| v. | |
| T. CISNEROS, et al., | (ECF No. 20) |
| Defendants. | |

    Johnny Lee Sloan, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* with this action.

    On February 25, 2022, Plaintiff filed objections to the February 3, 2022 order screening his original complaint. (ECF No. 20). Plaintiff takes issue with several of the Court's rulings, and states that he intends to amend his complaint. However, Plaintiff asks that the twenty-page limit for his amended complaint be extended to twenty-five pages. Plaintiff also asks the Court to acknowledge that all of his claims are related.

    First, the Court will not acknowledge that Plaintiff's claims are related, because, as the Court already found, they are not. (ECF No. 17, p. 15).

    Second, Plaintiff's that the twenty-page limit for his amended complaint be extended to twenty-five pages will be denied. Plaintiff's original complaint is twenty-six pages. (ECF No. 1). When screening this complaint, the Court found that Plaintiff's complaint violated Federal Rules of Civil Procedure 8, 18, and 20 because it did not contain a short and plain statement of

1

Plaintiff's claims and because it included unrelated claims. (ECF No. 17, pgs. 13-15). Removing unrelated claims would shorten Plaintiff's complaint. Moreover, as the Court noted in its screening order, "many of [Plaintiff's] allegations do not appear to be relevant to the claims he is attempting to bring." (Id. at 14). Removing irrelevant allegations would also shorten Plaintiff's complaint.

The Court has reviewed the complaint and determined that twenty pages is more than sufficient for Plaintiff to allege his claims. Accordingly, Plaintiff's request to have the twenty-page limit for his amended complaint be extended to twenty-five pages is DENIED.

IT IS SO ORDERED.

Dated:   **March 1, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE