UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> K. TALLEY, et al., <br><br> Defendants. | Case No. 1:21-cv-01477-JLT-EPG (PC) <br><br> ORDER GRANTING PLAINTIFF A *SUA SPONTE* EXTENSION TO FILE A SCHEDULING AND DISCOVERY STATEMENT <br><br> (ECF No. 40) |

On June 16, 2023, the Court issued an order requiring each party to submit a statement regarding the schedule and discovery matters within thirty days from the date of service of the order. (ECF No. 40). Defendants filed their statement on July 14, 2023. (ECF No. 42). However, Plaintiff has yet to file a statement, and the time to do so has expired.

Accordingly, IT IS ORDERED as follows:

1. The Court will grant Plaintiff a single *sua sponte* extension to August 18, 2023, to file his scheduling and discovery statement.

\\\
\\\
\\\
\\\

1

2. Plaintiff is advised that, if he fails to file a statement by this date, this action may be dismissed for a failure to prosecute and failure to follow a court order.

IT IS SO ORDERED.

Dated:  **August 1, 2023**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE